IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2012-CV-00066-BR

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ENTRY OF DEFAULT**<br>)<br>) |
| JACOB WHITFIELD, and L.W., a Minor, through his Guardian Ad Litem, | )<br>)<br>) |
| Defendants. | )<br>) |

It appearing to the undersigned from the record in this action that Defendant Jacob Whitfield was served on January 11, 2013, and that this Defendant has not answered, filed motion or otherwise defended the Complaint within the time permitted, default to the Complaint is hereby entered against Jacob Whitfield, pursuant to Rule 55(a), Federal Rules of Civil Procedure.

This 12th day of April, 2013.

_____
Clerk, United States District Court
Eastern District of North Carolina