UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:12-CV-00066-BR

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) | |
| JACOB WHITFIELD, and L. W., a minor, through his Guardian Ad Litem, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion of the guardian ad litem for the minor defendant for approval of attorneys fees. Based on the documentation submitted in support of the motion, the court finds that the fees requested, $1,612.50, are reasonable. Accordingly, the motion is ALLOWED. The court's order of 9 April 2014 is AMENDED on page 3 as follows:

1. The Clerk disburse the sum of $110,103.84 to Ralph G. Willey, III as guardian ad litem for L.W., P.O. Box 7846, Rocky Mount, NC 27804-7846, and disburse the sum of $1,612.50 to Ralph G. Willey, III, P.O. Box 7846, Rocky Mount, NC 27804-7846;

This 15 April 2014.

                                               W. Earl Britt
                                               Senior U.S. District Judge